JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA McCABE,<br><br>         Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a corporation authorized to do business in California; and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. **SACV11-878 AG (ANx)**<br><br>**ORDER DISMISSING ACTION**<br><br>Assigned to the Hon. Andrew Guilford<br>Courtroom:  10-D |

ORDER DISMISSING ACTION

1
## ORDER

2  Pursuant to stipulation by and between plaintiff Juanita McCabe ("Plaintiff"),
3 on the one hand, and defendant Bank of America, N.A., on the other hand, this
4 action is dismissed in its entirety, and as to Defendant Bank of America, N.A.
5 specifically, with prejudice.  Each party to bear his/its own attorneys' fees and
6 costs.

7

8 DATED: December 15, 2011           _____
9                                    The Honorable Andrew Guilford
                                     United State District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DISMISSING ACTION                    1

REMAINE LLP
T, SUITE 2400
)RNIA 90017-2566
5800
3-6899